```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
BRITTANY PRA,                                                    :
                                                                 :
                        Plaintiff,                               :
                                                                 :          22-cv-9371 (LJL)
        -v-                                                      :
                                                                 :             ORDER
DOUGLAS ELLIMAN, LLC, DOUGLAS ELLIMAN                            :
REALTY, LLC, and DOUGLAS ELLIMAN OF LI,                          :
INC.,                                                            :
                                                                 :
                        Defendants.                              :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/15/2023

LEWIS J. LIMAN, United States District Judge:

The Court has been informed that the parties have reached a settlement in principle in this case. Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences and deadlines are CANCELLED.

SO ORDERED.

Dated: March 15, 2023
        New York, New York

                                            _____
                                                    LEWIS J. LIMAN
                                              United States District Judge